UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

           vs                                            1:04-CR-313

JOHN E. HOWARD, III,
                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. GLENN T. SUDDABY<br>United States Attorney<br>Attorney for Government<br>Northern District of New York<br>P. O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York  13261-5165 | TERRENCE M. KELLY, ESQ.<br>Assistant U.S. Attorney |
| JAMES E. LONG, ESQ.<br>Attorney for Defendant John Howard<br>668 Central Avenue<br>Albany, New York 12206 | |

DAVID N. HURD
United States District Judge

# O R D E R

      Defendant has moved pursuant to Fed. R. Crim. P. 29 to set aside the jury verdict and enter a judgment of acquittal (Docket No. 366).  The Government opposes. (Docket No. 377).

      Based upon United States v. Howard, 400 F. Supp. 2d 457 (N.D.N.Y. May 3, 2005), and United States v. Howard, 406 F. Supp. 2d 215 (N.D.N.Y. Dec. 30, 2005), vacated on other grounds, 489 F.3d 484 (2d Cir. 2007), the motion is DENIED.

      IT IS SO ORDERED.

United States District Judge

Dated: March 7, 2008
       Utica, New York.